UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                                              Case No. 6:18-cv-1497-Orl-37TBS

TAFARI GORDON,

    Defendant.

_____

### **ORDER**

Before the Court is *pro se* Defendant Tafari Gordon's notice of removal (Doc. 1) of two county court traffic citations (Doc. 1-1). With this, Defendant filed a motion to proceed *in forma pauperis*. (Doc. 2 ("**IFP Motion**").) On referral, Magistrate Judge Thomas B. Smith recommended remanding this action for lack of jurisdiction, finding Defendant has no basis for removal. (Doc. 3 ("**R&R**").) Accordingly, he recommends denying the IFP Motion. (*Id.* at 5.)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation

(Doc. 3) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Defendant Tafari Gordon's traffic citations are **REMANDED** to Orange County Court.

3. Defendant Tafari Gordon's Motion to Proceed *in forma pauperis* (Doc. 2) is **DENIED**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 2, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
*Pro Se* Party